PEDRO VERAS et al., Appellants, v DOMINICK J. VEZZA et al., Respondents. [893 NYS2d 559]—

The plaintiff Pedro Veras (hereinafter the plaintiff) allegedly was injured when he was struck by a motor vehicle owned by

the defendant Dominick J. Vezza and operated by the defendant Kenneth Foti. After the plaintiffs commenced this action, the defendants moved for summary judgment dismissing the complaint on the ground that the accident was not proximately caused by any negligence on their part.

The plaintiff's deposition testimony, a transcript of which the defendants submitted in support of their motion, raised a triable issue of fact (*see* CPLR 3212 [b]) as to whether the defendant driver was operating his vehicle at an excessive rate of speed immediately prior to the occurrence, in violation of Vehicle and Traffic Law § 1180, and, if so, whether that violation of the law was a proximate cause of the accident. Under these circumstances, it is unnecessary to address the sufficiency of the plaintiffs' opposition papers (*see Alvarez v Prospect Hosp.*, 68 NY2d 320, 324 [1979]). Accordingly, the Supreme Court should not have vacated its original order denying the defendants' motion for summary judgment dismissing the complaint. Covello, J.P., Angiolillo, Lott and Roman, JJ., concur.